U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

The Construction Industry Retirement Fund of Rockford, Illinois
v.
Mattie Harris d/b/a Intrans, Inc. and Brian Hall d/b/a Industrial Transport, Inc.

Case Number: 08 C 50194

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

The Construction Industry Retirement Fund of Rockford, Illinois

| | |
|---|---|
| NAME (Type or print)<br>Marc M. Pekay | FILED |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>/s/ Marc M. Pekay | SEP 0 3 2008 |
| FIRM<br>Marc M. Pekay, P.C. | MICHAEL W. DOBBINS<br>CLERK, U.S. DISTRICT COURT |
| STREET ADDRESS<br>30 N. LaSalle St., Ste. 2426 | |
| CITY/STATE/ZIP<br>Chicago, IL  60602 | |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>02167131 | TELEPHONE NUMBER<br>(312) 606-0980 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 08 C 50194 |
|---|---|
| The Construction Industry Retirement Fund of Rockford, Illinois<br>v.<br>Mattie Harris d/b/a Intrans, Inc. and Brian Hall d/b/a Industrial Transport, Inc. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

The Construction Industry Retirement Fund of Rockford, Illinois

| NAME (Type or print) |
|---|
| Idala H. Strouse |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| /s/ Idala Strouse |

| FIRM |
|---|
| Marc M. Pekay, P.C. |

| STREET ADDRESS |
|---|
| 30 N. LaSalle St., Ste. 2426 |

| CITY/STATE/ZIP |
|---|
| Chicago, IL  60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06257845 | (312) 606-0980 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | | ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐

FILED
SEP 03 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT