# United States District Court for the Northern District of Illinois

Case Number: **08 C 50194**    Assigned/IssuedBy: _JT_

## FEE INFORMATION

**Amount Due:**  ☒ $350.00   ☐ $39.00   ☐ $5.00
                 ☐ IFP       ☐ No Fee   ☐ Other _____

*(For use by Fiscal Department Only)*  0752000000000

Amount Paid: **350—**        Receipt #: **3074419**

Date Paid: **9-3-08**         Fiscal Clerk: _JT_

## ISSUANCES

**Type Of Issuance:**
- ☒ Summons
- ☐ Alias Summons
- ☐ Third Party Summons
- ☐ Lis Pendens
- ☐ Non Wage Garnishment Summons
- ☐ Wage-Deduction Garnishment Summons
- ☐ Citation to Discover Assets
- ☐ Writ _____ (Type of Writ)

**FILED**
SEP 0 3 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

2 Original and  0  copies on **9-3-08** as to **defts**
                           (Date)

C:\wpwin80\docket\feeinfo.frm   01/01

Copy to Judge ✓